# MINUTES

| | |
|---|---|
| CASE NUMBER: | 18-CV-00496-ACK-KJM |
| CASE NAME: | Aquilina et al v. Certain Underwriters at Lloyd's London et al |
| ATTY FOR PLA: | Joseph P. Guglielmo |
| | E. Kirk Wood |
| | Jeffrey E. Foster |
| | Michelle E. Conston (appears via telephone) |
| | Justin Batten (appears via telephone) |
| ATTY FOR DEFT: | Lissa H. Andrews |
| | Frederick W. Rohlfing, III |
| | Matthew C. Shannon |
| | Georgia Anton |
| | Lennes N. Omuro |
| | Wayne R. Wagner |
| | David E. Walker (appears via telephone) |
| | Douglas W. Walker (appears via telephone) |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Ann Matsumoto |
| DATE: | 09/10/2019 | TIME: | 11:00 am to 12:00 pm |
| | | | 1:00 pm to 1:45 pm |

COURT ACTION: Hearing held on Defendant Ilikea, LLC's Motion to Dismiss - [63] and Defendant Pyramid Insurance Centre, Ltd.'s Motion to Dismiss - [64]

Arguments were heard.
Court recessed at 12:00 PM. Second call for this case will be held at 1:00 PM.

Second call for this case held at 1:00 PM.

Further arguments were heard.

Defendant Ilikea, LLC's Motion to Dismiss-[63] and Defendant Pyramid Insurance Centre, Ltd.'s Motions to Dismiss-[64] are both GRANTED at this time.

Defendant Borisoff Insurance Services, Inc. and Specialty Program Group, LLC's Motion to Dismiss-[30] and all of the Lloyd's Syndicate Defendants' Motion to Dismiss-[32] from the August 27, 2019 hearing are also GRANTED at this time.

The Court will prepare a written order on all of the Motions to Dismiss.


Submitted by: Ilene Lee, Courtroom Manager