# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

STEPHEN G. AQUILINA and
LUCINA J. AQUILINA, Individually
and on Behalf of All Others Similarly
Situated, et al.,

     Plaintiffs,

     V.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, et al.

     Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 18-00496 JMS-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 19, 2022

At 10 o'clock and 50 min a.m.
JOHN A. MANNLE, CLERK

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court hereby dismisses this Litigation, including Plaintiffs' Second Amended Complaint and all claims therein, on the merits and with prejudice, without fees or costs to any Party except as provided in this Final Approval Order, ECF No. 464, "Order (1) Granting Plaintiffs' Motion for Final Approval of Settlement Agreement, ECF No. 442; (2) Granting Unopposed Petition for Determination of Good Faith Settlement, ECF No. 446; (3) Granting in Part and Denying in Part Plaintiffs' Motion for an Award of Attorneys' Fees, Litigation Expenses, and Service Awards, ECF No. 418; and (4) Entering Judgment," filed on September 19, 2022.

| | |
|---|---|
| September 19, 2022 | JOHN A. MANNLE |
| Date | Clerk |
| | /s/ JOHN A. MANNLE by JI |
| | (By) Deputy Clerk |