Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN G. AQUILINA and LUCINA J. AQUILINA, Individually and on Behalf of All Others Similarly Situated; and DONNA J. CORRIGAN and TODD L. CORRIGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON; LLOYD'S SYNDICATE #2003; LLOYD'S SYNDICATE #318; LLOYD'S SYNDICATE #4020; LLOYD'S SYNDICATE #2121; LLOYD'S SYNDICATE #2007; LLOYD'S SYNDICATE #1183; LLOYD'S SYNDICATE #1729; LLOYD'S SYNDICATE #510; BORISOFF INSURANCE SERVICES, INC. d/b/a MONARCH E&S INSURANCE SERVICES; SPECIALTY PROGRAM GROUP, LLC d/b/a SPG INSURANCE SOLUTIONS, LLC; ALOHA INSURANCE SERVICES, INC.; ILIKEA LLC d/b/a MOA INSURANCE SERVICES HAWAII; and DOES 1-100,<br><br>                     Defendants. | No. 1:18-cv-00496-ACK-KJM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION SEEKING DISBURSEMENT OF RESIDUAL FUNDS TO *CY PRES* BENEFICIARIES**<br><br>Motion:     ECF No. 467 |

# ORDER GRANTING MOTION SEEKING DISBURSEMENT OF RESIDUAL FUNDS TO *CY PRES* BENEFICIARIES

Plaintiffs Stephen G. Aquilina and Lucina J. Aquilina (the "Aquilina Plaintiffs") and Plaintiffs Donna J. Corrigan and Todd L. Corrigan (the "Corrigan Plaintiffs") (collectively, "Plaintiffs") have moved this Court for an Order approving payment of the undisbursed settlement proceeds of $112,198.60 to be divided equally among the following proposed *cy pres* beneficiaries: 1) Hawaiʻi Community Foundation, 2) Kua O Ka Lā New Century Public Charter School, and 3) Vibrant Hawaii.

After due consideration of the briefs and arguments of counsel and all other matters presented to the Court in connection with the Motion, and good cause appearing therefore;

\\

\\

\\

\\

\\

\\

\\

\\

The Court hereby **GRANTS** the Motion. The Court orders that, pursuant to the Class Settlement Agreement dated July 30, 2021 that was finally approved by this Court on September 19, 2022 ("Final Approval Order"), the undistributed balance of the Settlement Fund in the amount of $112,198.60 be distributed equally ($37,399.53 each) among: 1) Hawaiʻi Community Foundation, 2) Kua O Ka Lā New Century Public Charter School, and 3) Vibrant Hawaii, *cy pres* beneficiary designated by the parties.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 26, 2024.



Kenneth J. Mansfield
United States Magistrate Judge

Respectfully submitted,

By: */s/* Joseph P. Guglielmo

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com[1]

---

[1] *Aquilina, et al. v. Certain Underwriters at Lloyds London, et al.,* 1:18-cv-00496-JMS-KJM, Order Granting Motion Seeking Disbursement of Residual Funds to Cy Pres Beneficiaries.